IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RASHAWN A. BROOKS,              )
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )
OFFICER RICKER, Correctional    )      1:24-cv-585
Officer, OFFICER JONES,         )
Correctional Officer,           )
and OFFICER EDWARDS,            )
Correctional Officer,           )
                                )
          Defendants.           )
```

## ORDER

On July 22, 2024 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of November, 2024.

                                      /s/ William L. Osteen, Jr.
                                    United States District Judge